# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| EDWARD LEE SHELBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:17-cv-02650-TLP-cgc |
| v. | ) |
| | ) |
| GREYSTAR MANAGEMENT SERVICES, L.P., | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This action comes before the Court on Defendant's Notice of Removal, filed on September 6, 2017. (ECF No. 1.) Presently, before the Court is a Report and Recommendation ("R&R") issued by Magistrate Judge Charmiane Claxton. (ECF No. 29.) The R&R recommends that Defendant's Motion for Summary Judgment be granted and that Plaintiff's Motion for summary judgment be denied. (*Id*. at PageID 164.)

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Plaintiff did not object to the R&R, and the time for filing objections expired on July 13, 2018. *See* Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P.

72(b) advisory committee note. After reviewing the R&R, the Court finds no clear error. Thus, the Court ADOPTS the Report and Recommendation, GRANTS Defendant's Motion for Summary Judgment, and DENIES Plaintiff's Motion for Summary Judgment.

**SO ORDERED**, this 27th day of July, 2018.

s/ Thomas L. Parker<br>
THOMAS L. PARKER<br>
UNITED STATES DISTRICT JUDGE